# CERTIFICATION AND AUTHORIZATION

I, John Brewer, on behalf of the Firemen's Retirement System of St. Louis ("St. Louis Fire"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint ("Complaint") prepared against Telos Corporation ("Telos") alleging violations of the federal securities laws, and authorized its filing. I am authorized in my capacity as Executive Director of St. Louis Fire to initiate litigation and to execute this Certification on behalf of St. Louis Fire.

2. St. Louis Fire did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. St. Louis Fire is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. St. Louis Fire's transactions in Telos common stock during the Class Period are set forth below:

| Date | Transaction | Shares | Price |
| --- | --- | --- | --- |
| 12/22/20 | Purchase | 5,400 | $28.70 |
| 01/19/21 | Purchase | 4,300 | $39.80 |
| 01/20/21 | Purchase | 300 | $40.93 |
| 04/01/21 | Purchase | 1,200 | $33.00 |
| 04/01/21 | Purchase | 300 | $35.22 |

5. St. Louis Fire has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6. St. Louis Fire has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *In re Vale S.A. Sec. Litig.*, No. 1:19-cv-00526 (E.D.N.Y.)

7. St. Louis Fire will not accept any payment for serving as a representative party on behalf of the Class beyond St. Louis Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2022.

*The Firemen's Retirement System of St. Louis*

_____
John Brewer, Executive Director