# EXHIBIT A

# CERTIFICATION OF TIMOTHY H. JOHNSON IN SUPPORT OF JACKSONVILLE POLICE AND FIRE PENSION FUND'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL

Jacksonville Police and Fire Pension Fund ("Jacksonville P&F") declares as to the claims asserted under the federal securities laws, that:

1. I, Timothy H. Johnson, Executive Director of Jacksonville P&F, am authorized to make legal decisions on behalf of Jacksonville P&F with regard to this action.

2. Jacksonville P&F did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. Jacksonville P&F is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), Jacksonville P&F purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. Jacksonville P&F has full power and authority to bring suit to recover for its investment losses.

6. Jacksonville P&F has fully reviewed the facts and allegations of a complaint filed in this action.

7. Jacksonville P&F has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. Jacksonville P&F intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. Jacksonville P&F will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. Jacksonville P&F was not appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11. Jacksonville P&F sought to serve, but was not appointed, as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc., et al.*, No. 0:21-cv-62380 (S.D. Fla.)

12. Jacksonville P&F will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 8th day of April, 2022.

**Jacksonville Police and Fire Pension Fund**

By: _____

Timothy H. Johnson
Executive Director

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 12/22/2020 | Purchase | 24,400 | 29.7269 |
| 1/11/2021 | Purchase | 4,350 | 29.9080 |
| 1/14/2021 | Purchase | 16,850 | 34.8884 |
| 3/8/2021 | Purchase | 19,500 | 29.4253 |
| 9/21/2021 | Sale | (20,500) | 31.1937 |

# CERTIFICATION OF DUANE MICHAEL IN SUPPORT OF OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM'S MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL

Oklahoma Law Enforcement Retirement System ("OLERS") declares as to the claims asserted under the federal securities laws, that:

1. I, Duane Michael, Executive Director at OLERS, am authorized to make legal decisions on behalf of OLERS with regard to this action.

2. OLERS did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. OLERS is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), OLERS purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. OLERS has full power and authority to bring suit to recover for its investment losses.

6. OLERS has fully reviewed the facts and allegations of a complaint filed in this action.

7. OLERS has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

8. OLERS intends to actively monitor and vigorously pursue this action for the benefit of the Class.

9. OLERS will strive to provide fair and adequate representation and work directly with Class counsel to obtain the largest recovery for the Class consistent with good faith and meritorious judgment.

10. OLERS was appointed to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *Logan v. ProPetro Holding Corp., et al.*, No. 7:19-cv-00217 (W.D. Tex.)

    b. *In re Floor & Decor Holdings, Inc. Securities Litigation*, No. 1:19-cv-02270 (N.D. Ga.)

11. OLERS also sought to serve (but was not appointed or not yet appointed) as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in the following cases:

    a. *Lee v. Goldman Sachs Group Inc., et al.*, No. 1:22-cv-00169 (S.D.N.Y.)

    b. *Building Trades Pension Fund of Western Pennsylvania v. Insperity, Inc., et al.*, No. 1:20-cv-05635 (S.D.N.Y.)

12. OLERS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Class or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this  4th   day of April, 2022.

**Oklahoma Law Enforcement Retirement System**

By: _____
Duane Michael
Executive Director

# SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 4/1/2021 | Purchase | 8,000 | 33.0000 |
| 4/1/2021 | Purchase | 2,788 | 35.7405 |
| 4/12/2021 | Purchase | 1,270 | 33.6221 |
| 4/28/2021 | Purchase | 803 | 33.2650 |
| 5/7/2021 | Purchase | 1,354 | 31.0813 |
| 5/10/2021 | Purchase | 1,129 | 31.6188 |
| 5/19/2021 | Purchase | 871 | 27.9611 |
| 7/30/2021 | Purchase | 800 | 27.9749 |
| 8/2/2021 | Purchase | 130 | 28.9200 |