# EXHIBIT B

**City of Jacksonville Police and Fire Pension Fund LIFO Losses**

Telos Corp.
Class Period: 11/19/2020 - 11/12/2021

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 12/22/2020 | Purchase | 24,400 | 29.7269 | 24,400 | - | - | $ 725,336.36 | |
| 1/11/2021 | Purchase | 4,350 | 29.9080 | 4,350 | - | - | $ 130,099.80 | |
| 1/14/2021 | Purchase | 16,850 | 34.8884 | 16,850 | - | - | $ 587,869.54 | |
| 3/8/2021 | Purchase | 19,500 | 29.4253 | 19,500 | - | - | $ 573,793.35 | |
| 9/21/2021 | Sale | 20,500 | 31.1937 | - | (20,500) | (20,500) | | $ (639,470.85) |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 65,100 |
| Total Class Period Sales: | (20,500) |
| Total Sales on Class Period Purchases: | (20,500) |
| Total Class Period Shares Retained: | 44,600 |
| 90-Day Lookback Price: | $ 14.5552 |
| Class Period Purchases Cost: | $ 2,017,099.05 |
| Sales on Class Period Purchases Proceeds: | $ (639,470.85) |
| Remaining Shares Valued at the 90-Day: | $ (649,163.97) |
| **Total Loss:** | **$ 728,464.23** |

## Oklahoma Law Enforcement Retirement System LIFO Losses

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 4/1/2021 | Purchase | 8,000 | 33.0000 | 8,000 | - | - | $ 264,000.00 | |
| 4/1/2021 | Purchase | 2,788 | 35.7405 | 2,788 | - | - | $ 99,644.51 | |
| 4/12/2021 | Purchase | 1,270 | 33.6221 | 1,270 | - | - | $ 42,700.07 | |
| 4/28/2021 | Purchase | 803 | 33.2650 | 803 | - | - | $ 26,711.80 | |
| 5/7/2021 | Purchase | 1,354 | 31.0813 | 1,354 | - | - | $ 42,084.08 | |
| 5/10/2021 | Purchase | 1,129 | 31.6188 | 1,129 | - | - | $ 35,697.63 | |
| 5/19/2021 | Purchase | 871 | 27.9611 | 871 | - | - | $ 24,354.12 | |
| 7/30/2021 | Purchase | 800 | 27.9749 | 800 | - | - | $ 22,379.92 | |
| 8/2/2021 | Purchase | 130 | 28.9200 | 130 | - | - | $ 3,759.60 | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 17,145 |
| Total Class Period Sales: | - |
| Total Sales on Class Period Purchases: | - |
| Total Class Period Shares Retained: | 17,145 |
| 90-Day Lookback Price: | $ 14.5552 |
| Class Period Purchases Cost: | $ 561,331.72 |
| Sales on Class Period Purchases Proceeds: | $ - |
| Post-Class Period Sales on Class Period Purchases Proceeds: | $ (61,798.23) |
| Remaining Shares Valued at the 90-Day: | $ (190,848.38) |
| **Total Loss:** | **$ 308,685.11** |

*Post-Class Period Sales on Retained Shares*

| Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | Sale | 1,533 | 16.5754 | - | (1,533) | (1,533) | | $ (25,410.11) |
| 2/10/2022 | Sale | 2,500 | 14.5552 | - | (2,500) | (2,500) | | $ (36,388.11) |

Pursuant to the PSLRA, post-class period sales are priced at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.