# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Alaska Electrical Pension Fund** | 11/11/2021 | 1,700 | $24.35 | $41,388.54 | held | 1,700 | $14.49 | $24,625.60 | |
| | 11/11/2021 | 1,400 | $24.42 | $34,192.48 | held | 1,400 | $14.49 | $20,279.90 | |
| | 11/10/2021 | 3,700 | $24.70 | $91,399.25 | held | 3,700 | $14.49 | $53,596.89 | |
| | 11/09/2021 | 900 | $26.16 | $23,542.38 | held | 900 | $14.49 | $13,037.08 | |
| | 11/08/2021 | 2,100 | $26.57 | $55,787.34 | held | 2,100 | $14.49 | $30,419.85 | |
| | 11/08/2021 | 600 | $26.58 | $15,948.00 | held | 600 | $14.49 | $8,691.39 | |
| | 11/05/2021 | 600 | $26.15 | $15,687.36 | held | 600 | $14.49 | $8,691.39 | |
| | 11/05/2021 | 500 | $26.55 | $13,275.00 | held | 500 | $14.49 | $7,242.82 | |
| | 11/05/2021 | 300 | $26.05 | $7,815.90 | held | 300 | $14.49 | $4,345.69 | |
| | 11/04/2021 | 300 | $25.95 | $7,785.87 | held | 300 | $14.49 | $4,345.69 | |
| | 10/18/2021 | 1,800 | $27.42 | $49,356.00 | held | 1,800 | $14.49 | $26,074.16 | |
| | 10/12/2021 | 1,600 | $27.26 | $43,611.84 | held | 1,600 | $14.49 | $23,177.03 | |
| | 10/11/2021 | 1,800 | $26.99 | $48,579.48 | held | 1,800 | $14.49 | $26,074.16 | |
| | 10/08/2021 | 1,100 | $26.70 | $29,375.28 | held | 1,100 | $14.49 | $15,934.21 | |
| | 08/30/2021 | 3,700 | $32.82 | $121,435.11 | held | 3,700 | $14.49 | $53,596.89 | |
| | 08/30/2021 | 2,300 | $32.71 | $75,238.06 | held | 2,300 | $14.49 | $33,316.98 | |
| | 08/30/2021 | 200 | $32.79 | $6,558.00 | held | 200 | $14.49 | $2,897.13 | |
| | 08/27/2021 | 1,600 | $32.78 | $52,441.28 | held | 1,600 | $14.49 | $23,177.03 | |
| | 08/26/2021 | 3,300 | $32.39 | $106,890.96 | held | 3,300 | $14.49 | $47,802.63 | |
| | 08/26/2021 | 900 | $32.01 | $28,808.19 | held | 900 | $14.49 | $13,037.08 | |
| | 08/25/2021 | 2,900 | $31.91 | $92,541.61 | held | 2,900 | $14.49 | $42,008.37 | |
| | 08/24/2021 | 2,000 | $31.13 | $62,265.80 | held | 2,000 | $14.49 | $28,971.29 | |
| | 08/24/2021 | 600 | $31.30 | $18,780.00 | held | 600 | $14.49 | $8,691.39 | |
| | 08/23/2021 | 400 | $29.98 | $11,990.60 | held | 400 | $14.49 | $5,794.26 | |
| | 08/23/2021 | 100 | $30.13 | $3,012.50 | held | 100 | $14.49 | $1,448.56 | |
| | | **36,400** | | **$1,057,706.83** | | **36,400** | | **$527,277.48** | **($530,429.35)** |
| **International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario** | 11/10/2021 | 2,000 | $24.65 | $49,307.20 | 11/24/2021 | 2,000 | $17.83 | $35,660.00 | |
| | 11/10/2021 | 9,256 | $24.65 | $228,193.72 | held | 9,256 | $14.49 | $134,079.13 | |
| | 11/09/2021 | 10,782 | $25.83 | $278,522.78 | held | 10,782 | $14.49 | $156,184.23 | |
| | 11/08/2021 | 11,021 | $26.48 | $291,796.40 | held | 11,021 | $14.49 | $159,646.30 | |
| | 11/05/2021 | 8,641 | $26.52 | $229,159.32 | held | 8,641 | $14.49 | $125,170.46 | |
| | | **41,700** | | **$1,076,979.43** | | **41,700** | | **$610,740.11** | **($466,239.31)** |
| **The Firemen's Retirement System of St. Louis** | 04/01/2021 | 1,200 | $33.00 | $39,600.00 | held | 1,200 | $14.49 | $17,382.77 | |
| | 04/01/2021 | 300 | $35.22 | $10,566.21 | held | 300 | $14.49 | $4,345.69 | |
| | 01/20/2021 | 300 | $40.93 | $12,280.05 | held | 300 | $14.49 | $4,345.69 | |
| | 01/19/2021 | 4,300 | $39.80 | $171,133.98 | held | 4,300 | $14.49 | $62,288.27 | |
| | 12/22/2020 | 5,400 | $28.70 | $154,958.94 | held | 5,400 | $14.49 | $78,222.48 | |
| | | **11,500** | | **$388,539.18** | | **11,500** | | **$166,584.92** | **($221,954.26)** |
| **Movants' Total** | | **89,600** | | **$2,523,225.44** | | **89,600** | | **$1,304,602.52** | **($1,218,622.92)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $14.49 as of February 11, 2022 for common stock.

Prices listed are rounded up to two decimal places.