IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE FIREMEN'S RETIREMENT          )
SYSTEM OF ST. LOUIS, *et al.*,    )
Individually and on Behalf of All Others  )
Similarly Situated,               )
                                  )
            Plaintiffs,           )
                                  )
v.                                )          Civil Action No. 1:22-cv-00135 (AJT/IDD)
                                  )
TELOS CORPORATION, *et al.*,      )
                                  )
            Defendants.           )
_____)

## ORDER

This matter is before the Court on the Defendants' Motion to Dismiss, [Doc. No. 74], the

Amended Complaint. A hearing was held on June 21, 2023. Upon consideration of the Motion,

the arguments of the Parties, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion to Dismiss be, and the same hereby is, GRANTED and this

civil action is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to all counsel of record.


June 21, 2023                            _____
Alexandria, Virginia                     Anthony J. Trenga
                                         Senior United States District Judge